No. 96–9400. SHOMADE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–9401. RODRIGUEZ-AGUIRRE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–9402. PEDRAZA v. UNITED STATES; and
No. 97–5007. MILLER v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: No. 96–9402, 108 F. 3d 1370.

No. 96–9403. SIMS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–9404. ANZIVINO v. LEWIS ET AL. Ct. App. Ariz. Certiorari denied.

No. 96–9405. REDD v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–9406. RIDDICK v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 96–9407. RAMIREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–9408. COBB v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 96–9409. SCEARCY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–9410. PITERA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–9411. PLEASANT v. NUTRITION, INC. Ct. App. D. C. Certiorari denied.

No. 96–9412. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–9414. WILSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–9415. WASHINGTON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.